UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| KEVIN BEACHAM, | Civil No. 10-0654 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| STEWART, ZLIMEN & JUNGERS, LTD., | |
| Defendant. | |

_____

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC**, 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Brad Welp, **STEWARD ZLIMEN & JUNGERS LTD,** 2277 Highway 34 West, Suite 100, Roseville, MN 55113, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on April 12, 2010 [Docket No. 5].

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

DATED: April 13, 2010
at Minneapolis, Minnesota.

                                                                    s/ John R. Tunheim
                                                         JOHN R. TUNHEIM
                                             United States District Judge